[No. 8502-3-III. Division Three. October 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TY A. HOLDERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-8-01094-3, William J. Grant, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green, J., and McInturff, J. Pro Tem.

[No. 8659-3-III. Division Three. October 6, 1988.]

FRED LA CAZE, *Appellant,* v. A.N. SHINPOCH, *as Secretary of the Department of Social and Health Services,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-2-05724-7, George T. Shields, J., entered June 22, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green, J., and McInturff, J. Pro Tem.

[No. 8877-4-III. Division Three. October 6, 1988.]

CARNATION COMPANY, INC., *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 85-2-00760-0, Clinton J. Merritt, J., entered September 18, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.